FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Duke University _____ v. BioMarin Pharmaceutical Inc. _____

No. 16-1106 _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    BioMarin Pharmaceutical Inc. _____
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☑ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Lynde F. Herzbach |
| Law firm: | Birch Stewart Kolasch & Birch, LLP |
| Address: | 8110 Gatehouse Rd., Ste. 100 East |
| City, State and ZIP: | Falls Church, VA  22042 |
| Telephone: | 703-205-8000 |
| Fax #: | 703-205-8050 |
| E-mail address: | Lynde.Herzbach@bskb.com; mailroom@bskb.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/26/2015 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/04/2015 _____          /s/ Lynde F. Herzbach _____
Date                             Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November 2015, a true and correct copy of the above document was served via electronic mail and filed via the Court's ECF system, which will send a notification of such filing (NEF), to the following to the counsel listed below:

> John P. White
> Cooper & Dunham LLP
> 30 Rockeller Plaza
> New York, NY 10112
> jwhite@cooperdunham.com
>
> Steven A. Zalesin
> Charlene Choi
> Zhiqiang Liu
> Irena Royzman
> Patterson Belknap Webb & Tyler LLP
> 1133 Avenue of the Americas
> New York, New York 10036
> Sazalesin@pbwt.com
> Cchoi@pbwt.com
> Zliu@pbwt.com
> IRoyzman@pbwt.com

> *Counsel for Appellant Duke University*

/s/ Lynde F. Herzbach
Lynde F. Herzbach
BIRCH STEWART KOLASCH & BIRCH,
LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
Telephone: (703) 205-8000

*Counsel for Appellee BioMarin
Pharmaceutical Inc.*