FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Duke University     v. BioMarin Pharmaceutical Inc.

No. 16-1106

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ✓ As counsel for:    BioMarin Pharmaceutical Inc.
                                                     Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ✓ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | MaryAnne Armstrong, Ph.D. |
| Law firm: | Birch Stewart Kolasch & Birch, LLP |
| Address: | 8110 Gatehouse Rd., Ste. 100 East |
| City, State and ZIP: | Falls Church, VA 22042 |
| Telephone: | 703-205-8000 |
| Fax #: | 703-205-8050 |
| E-mail address: | maa@bskb.com; mailroom@bskb.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/29/2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 11/04/2015 | /s/MaryAnne Armstrong, Ph.D. |
| Date | Signature of pro se or counsel |

cc: _____

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November 2015, a true and correct copy of the above document was served via electronic mail and filed via the Court's ECF system, which will send a notification of such filing (NEF), to the following to the counsel listed below:

>John P. White
>Cooper & Dunham LLP
>30 Rockeller Plaza
>New York, NY  10112
>jwhite@cooperdunham.com
>
>Steven A. Zalesin
>Charlene Choi
>Zhiqiang Liu
>Irena Royzman
>Patterson Belknap Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, New York  10036
>Sazalesin@pbwt.com
>Cchoi@pbwt.com
>Zliu@pbwt.com
>IRoyzman@pbwt.com

*Counsel for Appellant Duke University*

/s/ MaryAnne Armstrong, Ph.D.
MaryAnne Armstrong, Ph.D.
BIRCH STEWART KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
Telephone: (703) 205-8000

*Counsel for Appellee BioMarin Pharmaceutical Inc.*